IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) UNITED STATES for the use and )
benefit of GRANITE EXCAVATION & )
CONSTRUCTION, LLC, an Oklahoma )
limited liability company, )
)
          Plaintiff, )
) Case No. CIV-19-97-D
v. )
)
(1) WALGA ROSS GROUP JV, and )
(2) FEDERAL INSURANCE COMPANY, )
)
          Defendants. )

## COMPLAINT FOR RECOVER UPON MILLER ACT BOND BY SUBCONTRACTOR

Plaintiff, United States of America, for the use and benefit of Granite Excavation & Construction, LLC, an Oklahoma limited liability company ("Granite"), for its complainti against defendants, Walga Ross Group, JV ("Walga") and Federal Insurance Company ("FIC"), alleges as follows:

1. Granite is an Oklahoma limited liability company, having its principal place of business in Yukon, Oklahoma.

2. Walga Ross is a joint venture having its principal place of business in Wichita, Kansas.

3. FIC is a surety company licensed to conduct business in Oklahoma.

4. All conditions precedent to the filing of this action have occurred.

5. This is an action pursuant to 40 U.S.C. § 3131, *et seq.* ("The Miller Act") and pursuant to § 3131(3) must be brought "in the name of the United States for the use of the person bringing the action and in the United States District Court for any district in which the contract was to be performed and executed, regardless of the amount in controversy."

6. On or about July 13, 2017, the United States Department of the Army, Corps of Engineers (hereinafter called "Government"), entered into a contract with Walga Ross (Contract No. W912BV17C0008) ("Contract") to perform work required for a project known as "Training Support Facility at Fort Sill, Oklahoma" (the "Project").

7. FIC, as surety, and Walga Ross, as principal, issued a payment bond pursuant to The Miller Act for the Project.

8. Walga Ross entered into a subcontract with Granite to provide and furnish the labor, materials and equipment necessary to complete a portion of the work for the Contract.

9. Granite satisfactorily performed its work and furnished the required services, materials and supplies as directed by Walga Ross, but Walga Ross failed and refused to pay for the work performed by Granite. There remains due and owing from Walga Ross to Granite the sum of $206,097.43 for labor and materials supplied to the Project.

10. Walga Ross wrongfully rejected the work performed by Granite and wrongfully terminated the subcontract agreement with Granite. As a result of Walga Ross' wrongful actions, Granite has incurred additional damages in excess of $75,000.00.

11. Granite's suit has been timely filed within one year of the last furnishing of materials and supplies or performing of labor under the subcontract.

12. Granite has performed all conditions precedent and statutory prerequisites under the Contract, under the bond and under the applicable law and is entitled to recover the full amount due and owing from Walga Ross and FIC.

WHEREFORE, Granite demands that judgment be entered against defendants, Walga Ross Group, JV and Federal Insurance Company, for damages in an amount in excess of $75,000.00, together with interest, costs and attorneys' fees. Granite further demands a jury trial.

                      s/ Evan B. Gatewood
                      Evan B. Gatewood, OBA #13412
                      HAYES MAGRINI & GATEWOOD
                      1220 N. Walker Ave. (73103)
                      Post Office Box 60140
                      Oklahoma City, Oklahoma 73146-0140
                      Telephone:    405/235-9922
                      Facsimile:     405/235-6611
                      E-Mail:        egatewood@hmglawyers.com

*Attorneys for plaintiff, Granite Excavation & Construction, LLC*

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States for the use and benefit of Granite Excavation & Construction, LLC

**DEFENDANTS**
Walga Ross JV and Federal Insurance Company

(b) County of Residence of First Listed Plaintiff: **Canadian**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Shawnee**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Evan B. Gatewood, Hayes Magrini & Gatewood
1220 N. Walker Ave.
Oklahoma City, Oklahoma 73103

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☒ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. §3131, et seq.

Brief description of cause:
Miller Act action

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 206,097.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 02/01/2019

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____